PALMER, LOMBARDI & DONOHUE LLP
E. SCOTT PALMER, SBN 155376
spalmer@pldlawyers.com
BRETT D. WATSON, SBN 203183
bwatson@pldlawyers.com
ALISON R. KALINSKI, SBN 266705
akalinski@pldlawyers.com
515 South Flower Street, Suite 2100
Los Angeles, California 90071
Phone:  (213) 688-0430
Fax:  (213) 688-0440

Attorneys for Defendant AMERICAN EXPRESS COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Rieger | Case No.  [3:11-cv-04202-MEJ] |
| Plaintiff, | The Honorable Maria-Elena James |
| vs. | **DEFENDANT AMERICAN EXPRESS COMPANY'S NOTICE OF INTERESTED PARTIES** |
| American Express Company, | |
| Defendant. | [Local Rule 3-16] |

TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding"

1. American Express Company. Defendant.
2. Scott Rieger. Plaintiff.
3. Warren Buffett and Berkshire Hathaway, which own approximately 12.8% of American Express Company.
4. Subsidiaries of American Express Company. See Exhibit "A" attached hereto.

PALMER, LOMBARDI & DONOHUE LLP

DATED: September 22, 2011     By:     /s/ Brett D. Watson

Brett D. Watson
Alison R. Kalinski
Attorneys for Defendant AMERICAN EXPRESS COMPANY
E-mail: bwatson@pldlawyers.com

# EXHIBIT A

SUBSIDIARIES OF THE REGISTRANT

Unless otherwise indicated, all of the voting securities of these subsidiaries are directly or indirectly owned by the registrant. Where the name of the subsidiary is indented, the voting securities of such subsidiary are owned directly by the company under which its name is indented.

```
Name of Subsidiary                                                    Jurisdiction
                                                                          of
                                                                     Incorporation
<S>                                                                     <C>
I.  American Express Travel Related Services Company, Inc.
    and its Subsidiaries

    American Express Travel Related Services Company, Inc.           New York
        Amex Canada Inc.                                             Canada
            1001676 Ontario Inc.                                     Canada
            1001674 Ontario Inc.                                     Canada
            Rexport, Inc.                                            Canada
        Amex Bank of Canada                                          Canada
        American Express Company (Mexico) S.A. de C.V.               Mexico
        American Express Servicios Profesionales, S.A. de C.V.       Mexico
        American Express Bank, FSB                                   Utah
            American Express Receivables Financing Corporation IV LLC  Delaware
        American Express Centurion Bank                              Utah
            American Express Centurion Services Corporation          Delaware
            American Express Receivables Financing Corporation III LLC  Delaware
        American Express Credit Corporation                          Delaware
            American Express Australia                               Australia
            American Express Euro Funding Limited Partnership        Scotland
            American Express Sterling Funding Limited Partnership    Scotland
                American Express Funding (Luxembourg) Sarl           Luxembourg
            American Express Overseas Credit Corporation Limited     Jersey,
                                                                       Channel Islands
                AEOCC Management Company, Ltd.                       Jersey,
                                                                       Channel Islands
                American Express Overseas Credit Corporation N.V.    Netherlands Antilles
            Credco Receivables Corp.                                 Delaware
            Credco Finance, Inc.                                     Delaware
            American Express Canada Credit Corporation               Canada
                American Express Canada Finance Limited              Canada
            American Express Credit Mexico, LLC                      Delaware
                American Express Business Trust No. 232033           Mexico
        American Express Dutch Capital, LLC                          Delaware
        American Express Holdings Netherlands CV                     Netherlands Antilles
            Amex Latin American Holdings S.L.                        Spain
                Swiss Branch                                         Switzerland
        American Express Receivables Financing Corporation II        Delaware
        American Express Receivables Financing Corporation V LLC     Delaware
        American Express Limited                                     Delaware
            American Express Brasil Servicos de Apoio a
            Travelers Cheques Ltda.                                  Brazil
            American Express (Malaysia) Sdn. Bhd.                    Malaysia
            American Express (Thai) Co. Ltd. (78% owned)             Thailand
            TRS Card International Inc.                              Delaware
                American Express de Espana, S.A.U.                   Spain
                    Amex Asesores de Seguros S.A.U.                  Spain
                    American Express Entidad Financiera de Credito S.A.U.  Spain
                    American Express Foreign Exchange S.A.U.         Spain
                    American Express Viajes, S.A.U.                  Spain
                American Express International (B) SDN.BHD.          Brunei
                American Express International Holdings, LLC         Delaware
                    South Pacific Credit Card Ltd.                   New Zealand
                        Centurion Finance, Ltd.                      New Zealand
                    American Express Argentina, S.A.                 Argentina
                    American Express Holdings (France) SAS           France
                        American Express France SAS                  France
```

1

| Entity | Location |
|---|---|
| American Express Carte France, S.A. | France |
| American Express (Paris) SAS | France |
| American Express Assurances | France |
| American Express Services S. A. | France |
| American Express Voyages d'Affaires SAS | France |
| American Express Change SAS | France |
| American Express International, Inc. | Delaware |
| Swisscard AECS AG (50% owned) | Switzerland |
| American Express Hungary (c) Plc. | Hungary |
| American Express Hungary Travel Related Services Ltd. | Hungary |
| American Express Company A/S | Norway |
| American Express Denmark A/S | Denmark |
| American Express Locazioni Finanziarie, S.r.l. | Italy |
| Amex Broker Assicurativo S.r.l. | Italy |
| American Express International A.E. (Greece) (99% owned) | Greece |
| American Express International (Taiwan), Inc. | Taiwan |
| American Express Travel Holdings (Hong Kong) Limited | Hong Kong |
| ACS AllCard Service GmbH | Germany |
| American Express Bureau de Change S.A. | Greece |
| AE Exposure Management Limited | Jersey, Channel Islands |
| American Express Poland S.A. | Poland |
| Sociedad Internacional de Servicios de Panama, S.A. | Panama |
| American Express Business Solutions Co. Ltd. | Japan |
| American Express International Services | Russia |
| Amex Marketing Japan Limited | Delaware |
| American Express (India) Private Ltd. | India |
| P.T. American Express Travel Indonesia | Indonesia |
| American Express spol. s.r.o. | Czech Republic |
| Amex Travel Holding (Japan) Ltd. | Japan |
| American Express Nippon Travel Agency, Inc. (55% owned) | Japan |
| Amex Pre-Paid Card Y.K. Japan | Japan |
| Schenker Rhenus Reisen Verwaltungsgesellschaft mbH | Germany |
| American Express Holding AB | Sweden |
| Resespecialisterna Syd AB | Sweden |
| Forsakringsaktiebolaget Viator | Sweden |
| Nyman & Schultz AB | Sweden |
| Nyman & Schultz Corporate Card AB | Sweden |
| Profil Reiser A/S (50% owned) | Denmark |
| American Express Corporate Travel AS | Norway |
| American Express Corporate Travel A/S | Denmark |
| American Express Services India Limited (99.99% owned) | India |
| American Express Foreign Exchange Services India Limited | India |
| Mackinnons American Express Travel (Private) Limited (30% owned) | Sri Lanka |
| American Express Superannuation Pty Limited | Australia |
| American Express Wholesale Currency Services Pty. Limited | Australia |
| American Express s.r.o. | Slovakia |
| American Express Corporate Travel SA | Belgium |
| American Express Corporate Travel SA | Luxembourg |
| American Express Australia Limited | Australia |
| American Express Holdings Limited | England |
| American Express Services Europe Limited | England & Wales |
| Uvet American Express Corporate Travel S.p. (35% owned) | Italy |
| ICONCARD S.p.a. (50% owned) | Italy |
| Immobiliare Spagna & Mignanelli S.r.l. (11.42% owned) | Italy |
| American Express Travel Related Services Pakistan (Private) Limited | Pakistan |
| Amex Life Insurance Marketing, Inc. | Taiwan |
| Amex General Insurance Agency, Inc. | Taiwan |
| American Express Travel Services | Russia |
| Interactive Transaction Solutions Limited | England |
| Interactive Transaction Solutions SAS | France |
| American Express Publishing Corporation | New York |
| Travellers Cheque Associates, Limited (54% owned) | England & Wales |
| Bansamex S.A. (50% owned) | Spain |
| Amex (Middle East) B.S.C. (50% owned) | Bahrain |
| ASAL (American Express Saudi Arabia) (25% owned) | Bahrain |
| Amex Oman LLC | Oman |
| Amex Egypt Company | Egypt |
| American Express Europe Limited | Delaware |
| American Express France Holdings I LLC | Delaware |

| Entity | Jurisdiction |
|---|---|
| American Express Management SNC | France |
|     American Express France Finance SNC | France |
| American Express France Holdings II LLC | Delaware |
| American Express Insurance Services, Ltd. | England & Wales |
| Cardmember Financial Services, Ltd. | Jersey, Channel Islands |
| Integrated Travel Systems, Inc. | Texas |
| American Express Bank (Mexico), S.A. | Mexico |
|     American Express Bank Services, S.A. de C.V. | Mexico |
| American Express Incentive Services, Inc. | Delaware |
|     American Express Incentive Services, LLC (49% owned) | Missouri |
| American Express International (NZ), Inc. | Delaware |
| Cavendish Holdings, Inc. | Delaware |
| American Express Business Loan Corporation | Utah |
| Golden Bear Travel, Inc. | Delaware |
| Travel Impressions, Ltd. | Delaware |
| American Express Global Financial Services, Inc. | Delaware |
|     Sharepeople Group Limited | England |
|         American Express Insurance Services Europe Limited | England |
| Harbor Payments, Inc. | Delaware |
| American Express Travel Holdings (M) Company SDN | Malaysia |
| Mayflower American Express Travel Services SDN BHD | Malaysia |
| Ketera Technologies, Inc. (20% owned) | Delaware |
| Amex Card Services Company | Delaware |
| Belgium Travel | Belgium |
| Alpha Card SCRL (50% owned) | Belgium |
|     Alpha Card Merchant Services SCRL | Belgium |
| South African Travellers Cheque Company (Pty) Ltd. | South Africa |
| BOA Finance Company, Ltd. | Thailand |
| American Express (China) Ltd. | Delaware |
| Farrington American Express Travel Services Limited (37% owned) | Hong Kong |
| American Express Insurance Agency of Puerto Rico, Inc. | Puerto Rico |
| American Express Travel (Singapore) PTE Ltd. | Singapore |
| Eclipse Advisors, Inc. | Delaware |
| American Express Marketing & Development Corp. | Delaware |
| American Express Insurance Services Agente de Seguros SA de CV | Mexico |
| Rosenbluth International (Russia) Ltd. | Pennsylvania |
|     Rosenbluth Holding Company | Russia |
|     Rosenbluth International Travel, Ltd. | Russia |
| Rosenbluth France Holdings, S.A.R.I. | France |
|     Rosenbluth International France, S.A.R.I. | France |
| Travel Management Investments Ltd. U.K. | England |
|     Rosenbluth International U.K. Limited | England |
|         Travel Elite Limited U.K. | England |
| Rosenbluth International Hong Kong Ltd. | Hong Kong |
| Rosenbluth International Mexico | Mexico |
| Rosenbluth International Netherlands B.V. | The Netherlands |
|     Rosenbluth International B.V. | The Netherlands |
| Rosenbluth Germany GMBH | Germany |
|     Rosenbluth International GMBH | Germany |
| Rosenbluth International Reisebur GMBH Austria | Austria |
| Rosenbluth International Limited | Pennsylvania |
| Rosenbluth International (Israel) Ltd. | Israel |

II. American Express Banking Corp. and its Subsidiaries

| Entity | Jurisdiction |
|---|---|
| American Express Banking Corp. | New York |
|     American Express Bank Ltd. | Connecticut |
|         Amex Holdings, Inc. | Delaware |
|             Amex Cyber International Ltd. | British Virgin Islands |
|         American Express Bank GmbH | Germany |
|             American Express FinanzManagement GmbH | Germany |
|             AEB - International Portfolios Management Company | Luxembourg |
|         American Express Bank (Switzerland) S.A. | Switzerland |
|         Amex International Trust (Guernsey) Limited | Guernsey |

| | |
|---|---|
| Birdsong Limited | Guernsey, Channel Islands |
| Songbird Limited | Guernsey, Channel Islands |
| AITG Corporate Secretaries Limited | Guernsey, Channel Islands |
| Nominees One Limited | Guernsey, Channel Islands |
| Nominees Two Limited | Guernsey, Channel Islands |
| American Express Bank Asset Management (Cayman) Limited | Cayman Islands |
| American Express Bank Asset Management Company (Luxembourg) S.A. | Luxembourg |
| American Express Financial Services (Luxembourg) S.A. | Luxembourg |
| Amex International Trust (Cayman) Ltd. | Cayman Islands |
|     Vesey Limited | Cayman Islands |
|     Global Nominees Limited | Cayman Islands |
| American Express Bank International | United States |
| Argentamex S.A. | Argentina |
| Amex Nominees (S) Pte Ltd. | Singapore |
| Amex Bank Nominees Hong Kong Limited | Hong Kong |
| Inveramex Chile Ltda. | Chile |
|     Amex Immobiliaria Ltda. (99% owned) | Chile |
| American Express Bank Ltd., S.A. | Argentina |
| American Express Bank Philippines (A Savings Bank), Inc. | Philippines |
| AEB Global Trading Investments, Ltd. | British Virgin Islands |
| American Express International Deposit Company | Cayman Islands |
| The American Express Nominees Limited (98% owned) | England & Wales |
| American Express Bank LLC | Russia |
| American Express Brasil Representacoes Ltda. | Brazil |
| American Express Brasil Servicos Internacionais Ltda. | Brazil |

III. Other Subsidiaries of the Registrant

| | |
|---|---|
| Ainwick Corporation | Texas |
| American Express Asset Management Holdings, Inc. | Delaware |
| American Express Investment Management Ltd. | Cayman Island |
| Amexco Insurance Company | Vermont |
| checks-on-line, Inc. | Delaware |
| National Express Company, Inc. | New York |
|     The Balcor Company Holdings, Inc. | Delaware |
|         The Balcor Company | Delaware |
| International Capital I Corp. | Delaware |
| Acamex Holdings, Inc. | Cayman Islands |
|     Etisa Holdings Ltd. | Cayman Islands |
|         Empresas Turisticas Integradas, S.A. de C.V. (95% owned) | Mexico |
| International Capital Corp. (Ltd.) Cayman | Cayman Islands |
| Rexport, Inc. | Delaware |
|     Drillamex, Inc. | Delaware |
| OMPAWAUG I Corporation | Delaware |
| OMPAWAUG II Corporation | Delaware |
| OMPAWAUG III Corporation | Delaware |
| OMPAWAUG IV Corporation | Delaware |
| 56th Street AXP Campus LLC | Arizona |
| PRC West Property L.L.C. | Arizona |

**PROOF OF SERVICE**

UNITED STATES DISTRICT COURT, STATE OF CALIFORNIA, NORTHERN DISTRICT:

I, Laura L. Largent, am employed in the State of California; I am over the age of 18 years and not a party to the within action; my business address is 515 South Flower Street, Suite 2100, Los Angeles, California 90071.

On September 22, 2011, I served the foregoing **DEFENDANT AMERICAN EXPRESS COMPANY'S NOTICE OF INTERESTED PARTIES** on Interested Parties in this action as follows:

> Scott Rieger
> 2697 Parkside Drive
> Fremont, CA 94536
>
> Plaintiff In Pro Per

**[X]  (BY U.S. MAIL)**  I deposited such envelope in the mail at Los Angeles, California. The envelopes were mailed with postage thereon fully prepaid.

I am readily familiar with Palmer Lombardi & Donohue's practice of collection and processing correspondence for mailing. Under that practice, documents are deposited with the U.S. Postal Service on the same day which is stated in the proof of service, with postage fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date stated in this proof of service.

**[X]  (FEDERAL)**  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 22, 2011.

_____
Laura L. Largent