UNITED STATES DISTRICT COURT

Northern District of California

SCOTT RIEGER

                Plaintiff(s),
   v.

AMERICAN EXPRESS

                Defendant(s).
_____/

No. C 11-04202 MEJ

**ORDER DIRECTING PARTIES TO FILE CONSENT/DECLINATION FORM**

Pending before the Court is Defendant's motion to dismiss. Upon review of the record in this action, the Court notes that the parties have not filed written consents to magistrate judge jurisdiction. This civil case was randomly assigned to the undersigned magistrate judge for all purposes including trial. In accordance with 28 U.S.C. § 636(c), the magistrate judges of this district court are designated to conduct any and all proceedings in a civil case, including trial and entry of final judgment, upon the consent of the parties. An appeal from a judgment entered by a magistrate judge may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

You have the right to have your case assigned to a United States District Judge for trial and disposition. Accordingly, the parties shall inform the court, by way of the enclosed form (or the form on the Court's website), whether they consent to magistrate judge jurisdiction or request reassignment to a United States District Judge for trial. The parties shall inform the Court of their decision by October 6, 2011.

**IT IS SO ORDERED.**

Dated: September 23, 2011

                                              Maria-Elena James
                                              Chief United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SCOTT RIEGER                                  No. C   11-04202 MEJ

       Plaintiff(s),              **CONSENT TO ASSIGNMENT OR REQUEST FOR REASSIGNMENT**

vs.

AMERICAN EXPRESS

       Defendant(s).
_____/

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of final judgment, and voluntarily waives the right to proceed before a United States District Judge.

Dated:_____    Signed by: _____

                                                                 Counsel for:_____

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: _____    Signed by: _____

                                                                  Counsel for: _____

**UNITED STATES DISTRICT COURT**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

SCOTT RIEGER

        Plaintiff,

  v.

AMERICAN EXPRESS

        Defendant.

Case Number: 11-04202 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 23, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Scott Rieger
2697 Parkside Drive
Fremont, CA 94536

Dated: September 23, 2011

                          Richard W. Wieking, Clerk
                          By: Brenda Tolbert, Deputy Clerk

**UNITED STATES DISTRICT COURT**
For the Northern District of California