UNITED STATES DISTRICT COURT

Northern District of California

SCOTT RIEGER                                         No. C 11-04202 MEJ

                Plaintiff(s),           **SECOND ORDER DIRECTING PLAINTIFF TO FILE CONSENT/DECLINATION FORM**
    v.

AMERICAN EXPRESS

                Defendant(s).
_____/

On September 23, 2011, the Court ordered the parties to file a written consent to magistrate judge jurisdiction. Plaintiff Scott Rieger has failed to comply. This civil case was randomly assigned to the undersigned magistrate judge for all purposes including trial. In accordance with 28 U.S.C. § 636(c), the magistrate judges of this district court are designated to conduct any and all proceedings in a civil case, including trial and entry of final judgment, upon the consent of the parties. An appeal from a judgment entered by a magistrate judge may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

You have the right to have your case assigned to a United States District Judge for trial and disposition. Accordingly, Plaintiff Scott Rieger shall inform the Court, by way of the enclosed form, whether he consents to magistrate judge jurisdiction or requests reassignment to a United States District Judge for trial. The consent/declination form shall be filed by October 27, 2011. **Failure to comply with this Order may result in the imposition of sanctions.**

      **IT IS SO ORDERED.**

Dated: October 19, 2011

                                                  _____
                                                  Maria-Elena James
                                                  Chief United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SCOTT RIEGER                                              No. C 11-04202 MEJ

        Plaintiff(s),

vs.

AMERICAN EXPRESS

        Defendant(s).
                                          /

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of final judgment, and voluntarily waives the right to proceed before a United States District Judge.

Dated:_____          Signed by:_____

                                                                    Counsel for:_____

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition, and hereby requests the reassignment of this case to a United States District Judge.

Dated:_____          Signed by:_____

                                                                    Counsel for:_____

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SCOTT RIEGER                                       Case Number: 11-04202 MEJ

      Plaintiff,                              **CERTIFICATE OF SERVICE**

v.

AMERICAN EXPRESS

      Defendant.
                                /

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 19, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Scott Rieger
2697 Parkside Drive
Fremont, CA 94536

Dated: October 19, 2011

                                      Richard W. Wieking, Clerk
                                      By: Brenda Tolbert, Deputy Clerk

3