UNITED STATES  DISTRICT COURT

Northern District of California

SCOTT RIEGER                                     No. C 11-4202 MEJ

                    Plaintiff,           **ORDER TO SHOW CAUSE**

    v.

AMERICAN EXPRESS COMPANY,

                    Defendant.

_____/

      On December 20, 2011, the Defendant(s) in the above-captioned matter filed a Motion to Dismiss, with a noticed hearing date of January 26, 2012.  Dkt. No. 21.  However, Plaintiff failed to file an opposition pursuant to Civil Local Rule 7.  Accordingly, the Court hereby VACATES the January 26 hearing and ORDERS Plaintiff Scott Rieger to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines.  Plaintiff shall file a declaration by January 19, 2012.  If Plaintiff files a responsive declaration, the Court shall either issue an order based on the declaration or conduct a hearing on February 2, 2012 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.  If Plaintiff fails to file a responsive declaration, Plaintiff is hereby informed that the Court may dismiss the case without a hearing.  Thus, it is imperative that Plaintiff file a written response by the deadline above.

      **IT IS SO ORDERED.**

Dated: January 10, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

SCOTT RIEGER

        Plaintiff,

  v.

AMERICAN EXPRESS

        Defendant.

_____/

Case Number: 11-04202 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 10, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Scott Rieger
2697 Parkside Drive
Fremont, CA 94536

Dated: January 10, 2012

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk

2