Scott Rieger
2697 Parkside Drive,
Fremont, CA 94536
(510) 795-6590
scottinfo@comcast.net



FILED
2012 JAN 18 P 2:39

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT RIEGER, | ) |
| PLAINTIFF, | ) CASE NO. C11-04202MEJ |
| VS. | ) The Honorable Maria-Elaina James |
| American Express Company, | ) **PLAINTIFF'S NOTICE OF** |
| | ) **VOLUNTARY DISMISSAL** |
| DEFENDANT. | ) |

Plaintiff, Scott Rieger, here by voluntarily dismisses the action against the Defendant, American Express Company, citing trail rule 41(a)(1)(A)(i).

Whereas the Defendant has not answered or filed for summary judgment the Plaintiff withdraws his action from this court.

Dated: January 18, 2012

Respectfully submitted,

Scott Rieger
2697 Parkside Drive,
Fremont, CA 94536
(510) 795-6590

Dated: 1/19/2012

GRANTED
Judge Maria-Elena James

C11-04202MEJ Page 1